DENNIS J. HERRERA, State Bar #139669
City Attorney
ELIZABETH SALVESON, State Bar #83788
Chief Labor Attorney
JONATHAN ROLNICK, State Bar #151814
ROSE-ELLEN H. FAIRGRIEVE, State Bar #181257
Deputy City Attorneys
Fox Plaza
1390 Market Street, 5th Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3845
Facsimile:      (415) 554-4248
E-Mail:          rose-ellen.fairgrieve@sfgov.org

Attorneys For Defendant
CITY AND COUNTY OF SAN FRANCISCO

Mary J. Shea, Esq.  (SBN 113222)
SHEA LAW OFFICES
425 Market Street, Suite 2200
San Francisco, CA 94105
Phone:  510-208-4422
Fax: 415-520-9407
shealaw@aol.com

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| SUSAN ROLOVICH, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO CALIFORNIA, A MUNICIPAL CORPORATION,<br><br>　　　　　Defendant. | Case No. C 07-1016<br><br>**STIPULATION AND ORDER RE SERVICE AND EXTENDING RULE 26 MUTUAL DISCLOSURE DEADLINE** |
|---|---|

　　　　IT IS HEREBY STIPULATED by and between Plaintiffs Susan Rolovich, et al. and Defendant City and County of San Francisco (the "City") as follows:

1  The deadline for the Rule 26 Disclosure set by the Court pursuant to a prior Court Order be
2  continued thirty (30) days from August 23, 2007 to September 22, 2007

**The Reasons for the Requested Enlargement or Shortening of Time:** Plaintiffs request the additional time to ensure that they will have all information available to meaningfully respond as the summer holidays had impeded some progress in this regard;

**Previous Time Modifications**: There a has been one previous time modifications in the case by Court order – before Defendant appeared in the case -- pursuant to *Ex Parte* Application of the Plaintiffs; and

**Effect on the Schedule for the Case:** The requested time modification would have no appreciable effect on the schedule for the case.

IT IS SO STIPULATED:

Dated:  August 23, 2007                         DENNIS J. HERRERA
                                                City Attorney
                                                JONATHAN ROLNICK
                                                ROSE-ELLEN H. FAIRGRIEVE
                                                Deputy City Attorneys


                                                By:_____/s/_____
                                                    ROSE-ELLEN H. FAIRGRIEVE
                                                    Attorneys for Defendant
                                                    CITY AND COUNTY OF SAN
                                                    FRANCISCO

                                                SHEA LAW OFFICES

Dated:   August 21, 2007                        By:_____/s/_____
                                                    MARY J. SHEA
                                                    Attorney for Plaintiffs

SO ORDERED:


Dated:__August 29, 2007__                       _____
                                                JUDGE JEFFREY S. WHITE
                                                United States District Court

2