MARY J. SHEA, ESQ., State Bar No. 113222
SHEA LAW OFFICES
425 Market Street, Suite 2200
San Francisco, CALIFORNIA 94105
Telephone: (510) 208-4422
Facsimile: (415) 520-9407
Email: SheaLaw@aol.com

LESLIE F. LEVY, ESQ., State Bar No. 104634
JEAN K. HYAMS, ESQ., State Bar No. 144425
DARCI E. BURRELL, ESQ., State Bar No. 180467
BOXER & GERSON, LLP
300 Frank H. Ogawa Plaza, Suite 500
Oakland, CA 94612
Telephone: (510) 835-8870
Facsimile: (510) 835-0415
Email: courtmail@boxerlaw.com

SHARON R. VINICK, ESQ., State Bar No. 129914
VINICK LAW OFFICES
One Embarcadero Center, Suite 1200
San Francisco, CALIFORNIA 94111
Telephone: (415) 722-4481
Facsimile: (415) 276-6338
Email: sharon@vinicklaw.com

Attorneys for Plaintiff

UNITED STATE DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN CENTURIONI, and other similarly situated persons,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>　　　　　Defendant. | Case No.: C07-01016 JSW<br><br>**[PROPOSED] ORDER RESCHEDULING HEARING ON PLAINTIFFS' MOTION FOR A COLLECTIVE ACTION** |

-1-

ORDER RESCHEDULING HEARING ON PLAINTIFFS' MOTION FOR A COLLECTIVE ACTION
CASE NO.: C07-01016 JSW

IT IS HEREBY ORDERED THAT the hearing date for plaintiffs' Motion for a Collective Action is continued to February 8, 2008.  Plaintiffs will file their motion on January 4, 2008.  Defendant will file its opposition on January 18, 2008.  Plaintiffs will file their reply on January 25, 2008.

SO ORDERED.

DATED: November 14, 2007     By: _____
HON. JEFFREY S. WHITE