IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN CENTURIONI, and other similarly situated persons,

    Plaintiffs,

  v.

CITY AND COUNTY OF SAN FRANCISCO,

    Defendant.

No. C 07-01016 JSW

**ORDER SETTING OPT-IN PERIOD**

    The Court has received parties' stipulation regarding the opt-in period and has considered the parties' respective positions. The Court finds that sixty days is an appropriate period of time for potential plaintiffs to receive the stipulated notice and to file a consent form with the Court, and thus, HEREBY SETS the opt-in period to be sixty days.

    **IT IS SO ORDERED.**

Dated: February 26, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE