1

2

3

4

5

6          IN THE UNITED STATES DISTRICT COURT

7

8          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9   JOHN CENTURIONI, and other similarly
    situated persons,
10                                                  No. C 07-01016 JSW

              Plaintiffs,
11
       v.
12                                                  **ORDER OF RECUSAL**

    CITY AND COUNTY OF SAN FRANCISCO,
13
              Defendant.
14   _____/

15

16          TO ALL PARTIES AND COUNSEL OF RECORD:

17          I, the undersigned judge of the court, finding myself disqualified in the above-entitled

18   action, hereby recuse myself from this case and request that the case be reassigned pursuant to

19   the provisions of paragraph E.2 of the Assignment Plan.

20          **IT IS SO ORDERED.**

21

22   Dated: March 7, 2008

23                                                  JEFFREY S. WHITE
                                                    UNITED STATES DISTRICT JUDGE
24

25

26

27

28