MARY J. SHEA, ESQ., State Bar No. 113222
SHEA LAW OFFICES
425 Market Street, Suite 2200
San Francisco, CA 94105
Telephone: (510) 208-4422
Facsimile: (415) 520-9407
Email: SheaLaw@aol.com

LESLIE F. LEVY, ESQ., State Bar No. 104634
DARCI E. BURRELL, ESQ., State Bar No. 180467
BOXER & GERSON, LLP
300 Frank H. Ogawa Plaza, Suite 500
Oakland, CA 94612
Telephone: (510) 835-8870
Facsimile: (510) 835-0415
Email: courtmail@boxerlaw.com

SHARON R. VINICK, ESQ., State Bar No. 129914
VINICK LAW OFFICES
350 Sansome Street, 300
San Francisco, CA 94104
Telephone: (415) 722-4481
Facsimile: (415) 276-6338
Email: sharon@vinicklaw.com

Attorneys for Plaintiffs

UNITED STATE DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(San Francisco)

| | |
|---|---|
| John Centurioni, and other similarly situated persons,<br><br>Plaintiffs,<br><br>vs.<br><br>City and County of San Francisco,<br><br>Defendant. | Case No.: 3:07-cv-01016 PJH<br><br>[~~Proposed~~] ORDER RE DISMISSAL OF PLAINTIFFS John Centurioni, Martha Fabiani, David Kranci, and Michal Lawson and Substitution of James Wilson as Named Plaintiff |

-1-
[PROPOSED] ORDER RE: DISMISSAL OF JOHN CENTURIONI, MARTHA FABIANI, DAVID KRANCI, AND MICHAEL LAWSON AND SUBSTITUTION OF JAMES WILSON AS NAMED PLAINTIFF
CASE NO.: 3:07-CV-01016 PJH

WHEREAS the Parties have stipulated that the claims of Plaintiffs **John Centurioni, Martha Fabiani, David Kranci, and Michael Lawson** may be dismissed without prejudice and that each side shall bear their own fees and costs as to any claims that may have been asserted by Plaintiffs **John Centurioni, Martha Fabiani, David Kranci, and Michael Lawson** in this litigation,

WHEREAS the Parties have also stipulated that the caption of the case be changed to James Wilson, and other similarly situated persons v. City and County of San Francisco,

IT IS HEREBY ORDERED, ADJUDICATED AND DECREED that said stipulation shall be the order of this Court.

DATED: March 21, 2008

By: _____
HON. PHYLLIS J. HAMILTON



IT IS SO ORDERED
Judge Phyllis J. Hamilton
United States District Court, Northern District of California