1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  ELIZABETH SALVESON, State Bar #83788
   Chief Labor Attorney
3  JONATHAN ROLNICK, State Bar #151814
   ROSE-ELLEN H. FAIRGRIEVE, State Bar #181257
4  Deputy City Attorneys
   Fox Plaza
5  1390 Market Street, 5th Floor
   San Francisco, California 94102-5408
6  Telephone:    (415) 554-3845
   Facsimile:    (415) 554-4248
7  E-Mail:        rose-ellen.fairgrieve@sfgov.org

8  Attorneys For Defendant
   CITY AND COUNTY OF SAN FRANCISCO

9

10

11                    UNITED STATES DISTRICT COURT

12                  NORTHERN DISTRICT OF CALIFORNIA

13

14

15  JAMES WILSON, et al.,                   Case No. C 07-1016 PJH

16            Plaintiffs,                   STIPULATION AND [~~PROPOSED~~]
                                            ORDER CONTINUING CASE
17        vs.                               MANAGEMENT CONFERENCE

18  CITY AND COUNTY OF SAN
    FRANCISCO CALIFORNIA, A
19  MUNICIPAL CORPORATION,

20            Defendant.

21

22        **IT IS HEREBY STIPULATED** by and between Plaintiffs James Wilson, *et al.* and

23  Defendant City and County of San Francisco (the "City") and their counsel that the case

24  management conference currently set for May 1, 2008 be continued to May 22, 2008 or as soon

25  thereafter as it may be held.  The reasons for a continuance are as follows:

26        This action is brought under the collective action provisions of the Fair Labor Standards Act

27  (FLSA), 29 U.S.C. § 201, *et seq.*  The Court granted "conditional certification" of this action in

28  February 2008 and notices to more than 2500 potential plaintiffs were sent out in March.  The Court

                                            1

set a sixty-day (60) cutoff for individuals to opt into the action.  The opt-in cutoff date is May 5, 2008.

District Court Judge Jeffrey White held a status conference on February 8, 2008.  The parties submitted a joint status conference statement in advance of the conference.  Therein, the parties noted the need for extensive discovery because the court granted "conditional certification," and indicated that the case would likely not be ready for trial on the date previously set.  Judge White agreed, indicated that all of the pretrial dates would need to be revisited and asked the parties to agree to a date after the opt-in cutoff for a follow-up status conference.  Shortly thereafter, Judge White recused himself from the case.

The Court reassigned this case from Judge White to District Court Judge Phyllis J. Hamilton.  Judge Hamilton scheduled a case management conference for May 1, 2008 at 2:30 p.m.

Consistent with our previous discussions with Judge White, the parties believe it is premature to hold a case management conference before the opt-in cutoff.  After that cut-off date the parties will have a clearer idea regarding the scope of discovery needed by both sides, will have an opportunity to meet and confer regarding an appropriate discovery plan and time-line, and advise the Court regarding workable pretrial dates to move this case forward as expeditiously as possible.

Stip. & Order to Cont. CMC, USDC Case No. C07-1016 PJH                    n:\labor\li2007\071466\00478980.doc

1    Accordingly, the parties agree that the case management conference currently set for May 1,

2  2008 be continued to May 22, 2008 at 1:30 p.m. or as soon thereafter as this action may be set for a

3  case management conference, and request that the Court enter an order to that effect.

4

5    **IT IS SO STIPULATED**:

6  Dated:  April 17, 2008                        DENNIS J. HERRERA
                                                City Attorney
7                                               JONATHAN ROLNICK
                                                ROSE-ELLEN H. FAIRGRIEVE
8                                               Deputy City Attorneys

9

10                                    By:_____/s/_____
                                                JONATHAN ROLNICK
11                                              Attorneys for Defendant
                                                CITY AND COUNTY OF SAN
12                                              FRANCISCO

13                                              BOXER & GERSON, LLP

14

15  Dated:   April 17, 2008               By:_____/s/_____
                                                LESLIE F. LEVY
16                                              Attorney for Plaintiffs

17

18

19    **SO ORDERED**:

20    That the case management currently set for May 1, 2008 is hereby continued to May _22_,
                                            2:30
21  2008 at 1:30 p.m.  The parties shall submit a joint case management conference statement no later

22  than seven days before the conference.

23

24  Dated:___4/25/08_____           _____

25                                    JUDGE PHYLLIS J. HAMILTON
                                      United States District Judge

26

27

28