1  MARY J. SHEA, ESQ., State Bar No. 113222
   SHEA LAW OFFICES
2  425 Market Street, Suite 2200
   San Francisco, CA 94105
3  Telephone: (510) 208-4422
   Facsimile: (415) 520-9407
4  Email: SheaLaw@aol.com

5  LESLIE F. LEVY, ESQ., State Bar No. 104634
   JEAN K. HYAMS, ESQ., State Bar No. 144425
6  DARCI E. BURRELL, ESQ., State Bar No. 180467
7  BOXER & GERSON, LLP
   300 Frank H. Ogawa Plaza, Suite 500
8  Oakland, CA 94612
   Telephone: (510) 835-8870
9  Facsimile: (510) 835-0415
   Email: courtmail@boxerlaw.com
10

11 SHARON R. VINICK, ESQ., State Bar No. 129914
   EMILY NUGENT, ESQ., State Bar No. 255048
12 VINICK LAW FIRM
   350 Sansome Street, Suite 300
13 San Francisco, CA 94104
   Telephone: (415) 722-4481
14 Facsimile: (415) 276-6338
   Email: sharon@vinicklaw.com
15

16 Attorneys for Plaintiffs

17

   DENNIS J. HERRERA, State Bar #139669
18 City Attorney
   ELIZABETH SALVESON, State Bar #83788
19 Chief Labor Attorney
   JONATHAN ROLNICK, State Bar #151814
20 ROSE-ELLEN H. FAIRGRIEVE, State Bar #181257
   Deputy City Attorneys
21 Fox Plaza
   1390 Market Street, 5th Floor
22 San Francisco, California 94102-5408
   Telephone:   (415) 554-3845
23 Facsimile:   (415) 554-4248

24 Attorneys for Defendant

25 City and County of San Francisco

26

STIPULATION AND [PROPOSED] ORDER RE: DISMISSAL OF PLAINTIFF SUSAN ROLOVICH
Case No.: 3:07-cv-01016 PJH

1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES WILSON, and other similarly situated persons,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>　　　　　　Defendant. | Case No.: 3:07-cv-01016 PJH<br><br>**STIPULATION AND ORDER RE DISMISSAL OF PLAINTIFF SUSAN ROLOVICH** |

### STIPULATION

WHEREAS, Plaintiff Susan Rolovich has provided a written request to "opt out" of the instant litigation;

It is hereby stipulated by and between the Parties that the claims of Plaintiff Susan Rolovich may be dismissed without prejudice and that each side shall bear its own fees and costs as to any claims that may have been asserted by Plaintiff Susan Rolovich in this litigation.

IT IS SO STIPULATED:

　　　　　　　　　　　　　　　　　　　SHEA LAW OFFICES
　　　　　　　　　　　　　　　　　　　BOXER & GERSON, LLP
　　　　　　　　　　　　　　　　　　　VINICK LAW FIRM

Dated: __July 14, 2008__　　　　　　By:　　__/s/ Emily Nugent__

　　　　　　　　　　　　　　　　　　　Mary J. Shea, Esq.
　　　　　　　　　　　　　　　　　　　Leslie F. Levy, Esq.
　　　　　　　　　　　　　　　　　　　Darci Burrell, Esq.
　　　　　　　　　　　　　　　　　　　Sharon Vinick, Esq.
　　　　　　　　　　　　　　　　　　　Emily Nugent, Esq.

                                Attorneys for Plaintiffs

Dated: ___July 14, 2008_____        SAN FRANCISCO CITY ATTORNEY

                        By:    ___/s/ Jonathan Rolnick_____

                                DENNIS J. HERRERA
                                City Attorney
                                ELIZABETH SALVESON,
                                Chief Labor Attorney
                                JONATHAN ROLNICK
                                ROSE-ELLEN H. FAIRGRIEVE
                                Deputy City Attorneys

                                Attorneys for Defendant
                                City and County of San Francisco

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES WILSON, and other similarly situated persons,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>Defendant. | Case No.: 3:07-cv-01016 PJH<br><br>[Proposed] ORDER RE DISMISSAL OF PLAINTIFF |

WHEREAS the Parties have stipulated that the claims of Plaintiff Susan Rolovich may be dismissed without prejudice and that each side shall bear its own fees and costs as to any claims that may have been asserted by Plaintiff Susan Rolovich in this litigation,

IT IS HEREBY ORDERED, ADJUDICATED AND DECREED that said stipulation shall be the order of this Court.

Dated: 7/15/08     By: _____
Phyllis J. Hamilton
Judge



STIPULATION AND [PROPOSED] ORDER RE: DISMISSAL OF PLAINTIFF SUSAN ROLOVICH
Case No.: 3:07-cv-01016 PJH

4