MARY J. SHEA, ESQ., State Bar No. 113222
SHEA LAW OFFICES
425 Market Street, Suite 2200
San Francisco, CA 94105
Telephone: (510) 208-4422
Facsimile: (415) 520-9407
Email: SheaLaw@aol.com

LESLIE F. LEVY, ESQ., State Bar No. 104634
JEAN K. HYAMS, ESQ., State Bar No. 144425
DARCI E. BURRELL, ESQ., State Bar No. 180467
BOXER & GERSON, LLP
300 Frank H. Ogawa Plaza, Suite 500
Oakland, CA 94612
Telephone: (510) 835-8870
Facsimile: (510) 835-0415
Email: courtmail@boxerlaw.com

SHARON R. VINICK, ESQ., State Bar No. 129914
EMILY NUGENT, ESQ., State Bar. No. 255048
VINICK LAW FIRM
350 Sansome Street, Suite 300
San Francisco, CA 94104
Telephone: (415) 722-4481
Facsimile: (415) 276-6338
Email: sharon@vinicklaw.com

Attorneys for Plaintiffs


DENNIS J. HERRERA, State Bar #139669
City Attorney
ELIZABETH SALVESON, State Bar #83788
Chief Labor Attorney
JONATHAN ROLNICK, State Bar #151814
ROSE-ELLEN H. FAIRGRIEVE, State Bar #181257
Deputy City Attorneys
Fox Plaza
1390 Market Street, 5th Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-3845
Facsimile:    (415) 554-4248

Attorneys for Defendant
City and County of San Francisco

STIPULATION AND [PROPOSED] ORDER RE: DISMISSAL OF PLAINTIFFS Eugene Kalinin, Michael Diskin, Adrian Lim, Richard Van Koll, Holly Pera, Vincent Repetto, Edward Chow, Kelly Wesley, Cecile Porter and Samson Chan, Case No.: 3:07-cv-01016 PJH

1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES WILSON, and other similarly situated persons,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>Defendant. | Case No.: 3:07-cv-01016 PJH<br><br>STIPULATION AND ORDER RE DISMISSAL OF PLAINTIFFS EUGENE KALININ, MICHAEL DISKIN, ADRIAN LIM, RICHARD VAN KOLL, HOLLY PERA, VINCENT REPETTO, EDWARD CHOW, KELLY WESLEY, CECILE PORTER, SAMSON CHAN |

## STIPULATION

WHEREAS, Plaintiffs Eugene Kalinin, Michael Diskin, Adrian Lim, Richard Van Koll, Holly Pera, Vincent Repetto, Edward Chow, Kelly Wesley, Cecile Porter and Samson Chan have provided written requests to "opt out" of the instant litigation;

It is hereby stipulated by and between the Parties that the claims of Plaintiffs Eugene Kalinin, Michael Diskin, Adrian Lim, Richard Van Koll, Holly Pera, Vincent Repetto, Edward Chow, Kelly Wesley, Cecile Porter and Samson Chan may be dismissed without prejudice and that each side shall bear their own fees and costs as to any claims that may had been asserted by Plaintiffs Eugene Kalinin, Michael Diskin, Adrian Lim, Richard Van Koll, Holly Pera, Vincent Repetto, Edward Chow, Kelly Wesley, Cecile Porter and Samson Chan in this litigation.

IT IS SO STIPULATED:

STIPULATION AND [PROPOSED] ORDER RE: DISMISSAL OF PLAINTIFFS Eugene Kalinin, Michael Diskin, Adrian Lim, Richard Van Koll, Holly Pera, Vincent Repetto, Edward Chow, Kelly Wesley, Cecile Porter and Samson Chan, Case No.: 3:07-cv-01016 PJH

2

SHEA LAW OFFICES
BOXER & GERSON, LLP
VINICK LAW FIRM

Dated: ___June 30, 2008_____    By:    __/s/ Emily Nugent_____

Mary J. Shea, Esq.
Leslie F. Levy, Esq.
Darci Burrell, Esq.
Sharon Vinick, Esq.
Emily Nugent, Esq.

Attorneys for Plaintiffs

Dated: ___June 30, 2008_____    SAN FRANCISCO CITY ATTORNEY

                                 By:    __/s/ Jonathan Rolnick_____

DENNIS J. HERRERA
City Attorney
ELIZABETH SALVESON,
Chief Labor Attorney
JONATHAN ROLNICK
ROSE-ELLEN H. FAIRGRIEVE
Deputy City Attorneys

Attorneys for Defendant
City and County of San Francisco

STIPULATION AND [PROPOSED] ORDER RE: DISMISSAL OF PLAINTIFFS Eugene Kalinin, Michael Diskin, Adrian Lim, Richard Van Koll, Holly Pera, Vincent Repetto, Edward Chow, Kelly Wesley, Cecile Porter and Samson Chan, Case No.: 3:07-cv-01016 PJH

3

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES WILSON, and other similarly situated persons,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>Defendant. | Case No.: 3:07-cv-01016 PJH<br><br>[~~Proposed~~] ORDER RE DISMISSAL OF PLAINTIFFS |

WHEREAS the Parties have stipulated that the claims of Plaintiff Eugene Kalinin, Michael Diskin, Adrian Lim, Richard Van Koll, Holly Pera, Vincent Repetto, Edward Chow, Kelly Wesley, Cecile Porter and Samson Chan may be dismissed without prejudice and that each side shall bear their own fees and costs as to any claims that may have been asserted by Plaintiffs Eugene Kalinin, Michael Diskin, Adrian Lim, Richard Van Koll, Holly Pera, Vincent Repetto, Edward Chow, Kelly Wesley, Cecile Porter and Samson Chan in this litigation,

IT IS HEREBY ORDERED, ADJUDICATED AND DECREED that said stipulation shall be the order of this Court.

Dated: 7/21/08         By: _____
Phyllis J. Hamilton
Judge
UNITED STATES DI[STRICT COURT]

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

STIPULATION AND [PROPOSED] ORDER RE: DISMISSAL OF PLAINTIFFS Eugene [Kalinin, Michael Diskin,] Adrian Lim, Richard Van Koll, Holly Pera, Vincent Repetto, Edward Chow, Kelly Wesley, [Cecile] Porter and Samson Chan, Case No.: 3:07-cv-01016 PJH