MARY J. SHEA, ESQ., State Bar No. 113222
SHEA LAW OFFICES
425 Market Street, Suite 2200
San Francisco, CA 94105
Telephone: (510) 208-4422
Facsimile: (415) 520-9407
Email: SheaLaw@aol.com

LESLIE F. LEVY, ESQ., State Bar No. 104634
JEAN K. HYAMS, ESQ., State Bar No. 144425
DARCI E. BURRELL, ESQ., State Bar No. 180467
BOXER & GERSON, LLP
300 Frank H. Ogawa Plaza, Suite 500
Oakland, CA 94612
Telephone: (510) 835-8870
Facsimile: (510) 835-0415
Email: courtmail@boxerlaw.com

SHARON R. VINICK, ESQ., State Bar No. 129914
EMILY NUGENT, ESQ., State Bar No. 255048
VINICK LAW FIRM
350 Sansome Street, Suite 300
San Francisco, CA 94104
Telephone: (415) 722-4481
Facsimile: (415) 276-6338
Email: sharon@vinicklaw.com

Attorneys for Plaintiffs

DENNIS J. HERRERA, State Bar #139669
City Attorney
ELIZABETH SALVESON, State Bar #83788
Chief Labor Attorney
JONATHAN ROLNICK, State Bar #151814
ROSE-ELLEN H. FAIRGRIEVE, State Bar #181257
Deputy City Attorneys
Fox Plaza
1390 Market Street, 5th Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-3845
Facsimile:    (415) 554-4248

Attorneys for Defendant
City and County of San Francisco

STIPULATION AND [PROPOSED] ORDER RE: DISMISSAL OF PLAINTIFF WILLIAM BRACONI
Case No.: 3:07-cv-01016 PJH
1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES WILSON, and other similarly situated persons,<br><br>    Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>    Defendant. | Case No.: 3:07-cv-01016 PJH<br><br>**STIPULATION AND ORDER RE DISMISSAL OF PLAINTIFF WILLIAM BRACONI** |

## STIPULATION

WHEREAS, Plaintiff William Braconi has provided a written request to "opt out" of the instant litigation;

It is hereby stipulated by and between the Parties that the claims of Plaintiff William Braconi may be dismissed without prejudice and that each side shall bear its own fees and costs as to any claims that may have been asserted by Plaintiff William Braconi in this litigation.

IT IS SO STIPULATED:

            SHEA LAW OFFICES
            BOXER & GERSON, LLP
            VINICK LAW FIRM

Dated: 9-9-08    By: /s/ Leslie F. Levy

            Mary J. Shea, Esq.
            Leslie F. Levy, Esq.
            Darci Burrell, Esq.
            Sharon Vinick, Esq.
            Emily Nugent, Esq.

Attorneys for Plaintiffs

Dated: **9.8.08**

SAN FRANCISCO CITY ATTORNEY

By: _____

DENNIS J. HERRERA
City Attorney
ELIZABETH SALVESON,
Chief Labor Attorney
JONATHAN ROLNICK
ROSE-ELLEN H. FAIRGRIEVE
Deputy City Attorneys

Attorneys for Defendant
City and County of San Francisco

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES WILSON, and other similarly situated persons,<br><br>                    Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>                    Defendant. | Case No.: 3:07-cv-01016 PJH<br><br>[Proposed] ORDER RE DISMISSAL OF PLAINTIFF WILLIAM BRACONI |

    WHEREAS the Parties have stipulated that the claims of Plaintiff William Braconi may be dismissed without prejudice and that each side shall bear its own fees and costs as to any claims that may have been asserted by Plaintiff William Braconi in this litigation,

    IT IS HEREBY ORDERED, ADJUDICATED AND DECREED that said stipulation shall be the order of this Court.

    Dated: 9/19/08           By: _____
                                                    Phyllis J. Hamilton
                                                   Judge

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*