| | |
|---|---|
| MARY J. SHEA, State Bar # 113222<br>SHEA LAW OFFICES<br>425 Market Street, Suite 2200<br>San Francisco, CA 94105<br>Telephone: (510) 208-4422<br>Facsimile: (415) 520-9407<br>Email: SheaLaw@aol.com<br><br>LESLIE F. LEVY, State Bar # 104634<br>DARCI E. BURRELL, State Bar # 180467<br>BOXER & GERSON, LLP<br>300 Frank H. Ogawa Plaza, Suite 500<br>Oakland, CA 94612<br>Telephone: (510) 835-8870<br>Facsimile: (510) 835-0415<br>Email: courtmail@boxerlaw.com<br><br>SHARON R. VINICK, State Bar # 129914<br>EMILY A. NUGENT, State Bar # 255048<br>VINICK LAW OFFICES<br>350 Sansome Street, 300<br>San Francisco, CA 94104<br>Telephone: (415) 722-4481<br>Facsimile: (415) 276-6338<br>Email: sharon@vinicklaw.com | DENNIS J. HERRERA, State Bar # 139669<br>City Attorney<br>ELIZABETH SALVESON, State Bar # 83788<br>Chief Labor Attorney<br>JONATHAN ROLNICK, State Bar # 151814<br>ROSE-ELLEN H. FAIRGRIEVE, State Bar # 181257<br>Deputy City Attorneys<br>Fox Plaza<br>1390 Market Street, 5th Floor<br>San Francisco, CA 94102-5408<br>Telephone: (415) 554-3815<br>Facsimile: (415) 554-4248 |
| Attorneys for Plaintiffs | Attorneys for Defendant |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(San Francisco)

| | |
|---|---|
| JAMES WILSON, and other similarly situated persons,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>Defendant | Case No.: 3:07-cv-01016 PJH<br><br>JOINT STIPULATION REGARDING CONTINUANCE OF CASE MANAGEMENT CONFERENCE |

Plaintiffs JAMES WILSON, and other similarly situated persons, through their attorneys, and Defendant CITY AND COUNTY OF SAN FRANCISCO, through its attorney, hereby

submits the Parties' Joint Stipulation Regarding the Continuance of the Case Management Conference scheduled for February 5, 2009, as follows:

1. Since November 18, 2008, the Parties have been engaged in settlement negotiations before Magistrate Judge Chen.
2. The Parties are scheduled to appear before Magistrate Judge Chen on January 30, 2009, to continue these settlement discussions.
3. In light of these discussions, the Parties request that the case management conference be continued for 60 days until April 9, 2009.

SHEA LAW OFFICES
BOXER & GERSON, LLP
VINICK LAW FIRM

Dated: ___Jan. 29, 2009_____     By:     __/s/ Sharon Vinick_____

Mary J. Shea, Esq.
Leslie F. Levy, Esq.
Darci Burrell, Esq.
Sharon Vinick, Esq.
Emily Nugent, Esq.

Attorneys for Plaintiffs


SAN FRANCISCO CITY ATTORNEY

Dated: _____     By:     /s/ Jonathan Rolnick_____
                                       Jonathan Rolnick

Attorneys for Defendant

IT IS SO ORDERED.

Dated: __1/30/09_____     By:     _____

Judge Phyllis Hamilton

*IT IS SO ORDERED — Judge Phyllis J. Hamilton — United States District Court, Northern District of California*