MARY J. SHEA, ESQ. (SBN: 113222)
SHEA LAW OFFICES
425 Market Street, Suite 2200
San Francisco, CA 94105
Telephone: (510) 208-4422
Facsimile: (415) 520-9407
Email: SheaLaw@aol.com

LESLIE F. LEVY, ESQ. (SBN: 104634)
DARCI E. BURRELL, ESQ. (SBN: 180467)
BOXER & GERSON, LLP
300 Frank H. Ogawa Plaza, Suite 500
Oakland, CA 94612
Telephone: (510) 835-8870
Facsimile: (510) 835-0415
Email: courtmail@boxerlaw.com

SHARON R. VINICK, ESQ. (SBN: 129914)
EMILY A. NUGENT, ESQ. (SBN: 255048)
VINICK LAW OFFICES
350 Sansome Street, 300
San Francisco, CA 94104
Telephone: (415) 722-4481
Facsimile: (415) 276-6338
Email: sharon@vinicklaw.com

Attorneys for Plaintiffs

DENNIS J. HERRERA, ESQ. (SBN: 139669)
City Attorney
ELIZABETH SALVESON, ESQ. (SBN: 83788)
Chief Labor Attorney
JONATHAN ROLNICK, ESQ. (SBN: 151814)
ROSE-ELLEN FAIRGRIEVE, ESQ. (SBN: 181257)
Deputy City Attorneys
Fox Plaza
1390 Market Street, 5th Floor
San Francisco, CA 94102-5408
Telephone: (415) 554-3815
Facsimile: (415) 554-4248

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(San Francisco)

| | |
|---|---|
| JAMES WILSON, and other similarly situated persons,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>Defendant. | Case No.: 3:07-cv-01016 PJH<br><br>**JOINT STIPULATION REGARDING STAY OF PROCEEDINGS** |

Plaintiffs JAMES WILSON and other similarly situated persons, through their attorneys, and Defendant CITY AND COUNTY OF SAN FRANCISCO, through its attorney, hereby submit the Parties' Joint Stipulation Regarding a Stay of Proceedings in the above-captioned case, as follows:

1. The Parties appeared before Magistrate Judge Chen on March 13, 2009, to continue the settlement negotiations they have been engaged in since November 18, 2008.
2. The Parties are scheduled to appear before Magistrate Judge Chen on July 13, 2009, to continue these settlement discussions.
3. The case is currently stayed until July 31, 2009.
4. Since the time that the parties originally agreed to stay the litigation, the Ninth Circuit has heard oral argument on *Bamonte v. City of Mesa,* a case which is directly relevant to the issues at hand, as it will have an impact upon liability in this case, as well as the discovery that will be conducted. However, the Ninth Circuit had not yet issued a decision in that case. Proceeding in the instant case before the Ninth Circuit decides the merits of the *Bamonte* case is likely to result in the unnecessary expenditure of time and resources by all parties to the litigation.
5. Since the case was stayed, the Mayor has appointed a new Chief of Police, George Gascon, who has not yet begun his tenure and has not yet been briefed on the case.
6. The Parties recognize that the decision in the *Bamonte* case, as well as the appointment of a new Chief of Police bear directly upon the ability of the Parties to settle the case at issue.

///
///
///
///
///

7. In light of the foregoing, the Parties request that the Court vacate the Case Management Conference scheduled for July 31, 2009, and grant a stay of the proceedings, subject to review, until October 31, 2009.

**SHEA LAW OFFICES**
**BOXER & GERSON, LLP**
**VINICK LAW FIRM**

DATED: July 8, 2009         By:  _____/s/_____
                                 MARY J. SHEA, ESQ.
                                 LESLIE F. LEVY, ESQ.
                                 SHARON VINICK, ESQ.
                                 Attorneys for Plaintiffs


**SAN FRANCISCO CITY ATTORNEY**

DATED: July 8, 2009         By:  _____/s/_____
                                 JONATHAN ROLNICK, ESQ.
                                 Attorneys for Defendants

* * * * * * * * * * * * * *

IT IS SO ORDERED.

DATED: 7/13/09              By:  _____
                                 HON. PHYLLIS J. HAMILTON

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Phyllis J. Hamilton]