MARY SHEA HAGEBOLS, State Bar #113222
SHEA LAW OFFICES
425 Market Street, Suite 2200
San Francisco, CA 94105
Telephone: (510) 208-4422
Facsimile: (415) 520-9407

LESLIE F. LEVY, State Bar #104634
SHARON R. VINICK, State Bar #129914
DARCI E. BURRELL, State Bar #180467
EMILY A. NUGENT, State Bar #255048
DICKSON LEVY VINICK BURRELL HYAMS LLP
180 Grand Ave.
Suite 1300
Oakland, CA 94612
Telephone: (510) 318-7700
Facsimile: (510) 318-7701

Attorney for Plaintiffs

DENNIS J. HERRERA, State Bar #139669
City Attorney
ELIZABETH SALVESON, State Bar #83788
Chief Labor Attorney
JONATHAN ROLNICK, State Bar #151814
ROSE-ELLEN H. FAIRGRIEVE, SB #181257
Deputy City Attorneys
Fox Plaza
1390 Market Street, 5th Floor
San Francisco, California 94102-5408
Telephone: (415) 554-3845
Facsimile: (415) 554-4248

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES WILSON, et al.,<br><br>       Plaintiffs,<br><br>  vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO CALIFORNIA, A MUNICIPAL CORPORATION,<br><br>       Defendant. | Case No. C 07-1016 PJH<br><br>**JOINT CASE MANAGEMENT CONFERENCE STATEMENT AND ~~PROPOSED~~ ORDER**<br><br>Hearing Date:   N/A<br>Time:<br>Courtroom:<br>          Hon. Phyllis J. Hamilton |

The parties submit the following Updated Joint Case Management Statement:

**I.      UPDATED PROCEDURAL HISTORY**

On July 13, 2009, the Court stayed the proceedings in this matter pursuant to the parties' stipulation. The parties were awaiting the Ninth Circuit's decision in *Bamonte v. City of Mesa*, as case which is directly relevant to the issues at hand. In late March, the Ninth Circuit issued its decision, holding that under the facts before the Court, the donning and doffing of police uniforms and equipment was not compensable under the FLSA where neither the employer nor any rule or law

1  required police officers to engage in such activities at work.  598 F.3d 1217, at 1225-34 (9th Cir.
2  2010).
3       Following the issuance of the Ninth Circuit opinion, counsel for the parties met to discuss the
4  possibility of settling the case.  Based on these discussions, the parties concluded that another
5  settlement conference with Magistrate Judge Chen would be useful.
6       In order to allow the parties time to adequately prepare for settlement discussions, the parties
7  agreed to set the further settlement conference with Magistrate Judge Chen on October 14, 2010.

## II. DISCOVERY TO DATE

In light of the stay the parties have not conducted additional discovery.

## III. EXPECTED PRE-TRIAL MOTIONS

In light of the Court's Order granting Plaintiffs' motion for conditional certification, and the Ninth Circuit's decision in *Bamonte, supra,* Defendant may file a motion to decertify the class.

The parties will be filing cross-motions for summary judgment.

## IV. PROPOSED DEADLINES AND COURT DATES

The Parties request that the case remain stayed until after the October 14, 2010 settlement conference with Judge Chen.

The Parties propose that the Court schedule a further status conference for November 18, 2010, at which time the parties will report on the status of settlement discussions, discovery and propose a scheduling order for any further non-expert discovery, expert discovery, cross-motions for summary judgment, motion to decertify, and trial.

Dated: August 23, 2010

                        SHEA LAW OFFICES

                        s:/Mary Shea Hagebols_____
                        MARY SHEA HAGEBOLS
                        Attorney for Plaintiffs

| | |
|---|---|
| 1 | Dated: August 23, 2010 |
| |                      DICKSON LEVY VINICK BURRELL HYAMS LLP |

Dated: August 23, 2010

                DICKSON LEVY VINICK BURRELL HYAMS LLP

                By:  s:/Sharon R. Vinick
                    SHARON R. VINICK
                    Attorney for Plaintiffs

Dated: August 23, 20010

                    DENNIS J. HERRERA
                    City Attorney
                    ELIZABETH SALVESON
                    Chief Labor Attorney
                    JONATHAN ROLNICK
                    ROSE-ELLEN H. FAIRGRIEVE
                    Deputy City Attorneys

                By:  s:/Rose-Ellen H. Fairgrieve
                    ROSE-ELLEN H. FAIRGRIEVE
                    Deputy City Attorney
                    Attorneys for Defendant
                    CITY AND COUNTY OF SAN FRANCISCO

## CASE MANAGEMENT ORDER

The foregoing joint statement is adopted by this Court as the Case Management Order in this action in accordance with Civil Local Rule 16-9 and other applicable Local Rules, and shall govern all further proceedings in this action.

**IT IS SO ORDERED.**

Dated: 8/27/10



_____
HONORABLE
United States District Judge
Judge Phyllis J. Hamilton