# In the United States District Court
# for the Northern District of California

Settlement Conference Minutes
U.S. Magistrate Judge Edward M. Chen

**Date:** October 14, 2010

**Court Reporter:** Not Recorded

**Case No.:** C-07-1016 PJH (EMC)

**Case Name:** James Wilson, et al. v. City & County of San Francisco

**Counsel:**
**Plf:** Mary J. Shea-Hagebols          **Def:** Jonathan C. Rolnick
Leslie F. Levy
Sharon R. Vinick

**Outcome of Settlement Conference:**

| | |
|---|---|
| _____ | Settled |
| _____ | Partial settlement |
| ____X____ | Did not settle |
| _____ | Other: |

**Notes:** Further Settlement Conference scheduled for November 4, 2010 at 2:00 p.m.; Court to issue scheduling order.

**Time:** 3.5 hour

                                           /s/ Leni Doyle
                                           Leni Doyle, Deputy Clerk

cc:    EMC, PJH