MARY SHEA HAGEBOLS, State Bar #113222
SHEA LAW OFFICES
425 Market Street, Suite 2200
San Francisco, CA 94105
Telephone: (510) 208-4422
Facsimile: (415) 520-9407

LESLIE F. LEVY, State Bar #104634
SHARON R. VINICK, State Bar #129914
DARCI E. BURRELL, State Bar #180467
EMILY A. NUGENT, State Bar #255048
DICKSON LEVY VINICK BURRELL
HYAMS LLP
180 Grand Ave.
Suite 1300
Oakland, CA 94612
Telephone: (510) 318-7701
Facsimile: (510) 318-7701

Attorney for Plaintiffs

DENNIS J. HERRERA, State Bar #139669
City Attorney
ELIZABETH SALVESON, State Bar #83788
Chief Labor Attorney
JONATHAN ROLNICK, State Bar #151814
ROSE-ELLEN H. FAIRGRIEVE, SB #181257
Deputy City Attorneys
Fox Plaza
1390 Market Street, 5th Floor
San Francisco, California 94102-5408
Telephone: (415) 554-3845
Facsimile: (415) 554-4248

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES WILSON, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO CALIFORNIA, A MUNICIPAL CORPORATION,<br><br>Defendant. | Case No. C 07-1016 PJH<br><br>**JOINT CASE MANAGEMENT CONFERENCE STATEMENT AND** ~~PROPOSED~~ **ORDER**<br><br>Hearing Date: November 18, 2010<br>Time: 2:00 p.m.<br>Courtroom: C<br>Hon. Phyllis J. Hamilton |

The parties submit the following Updated Joint Case Management Statement:

I. **UPDATED PROCEDURAL HISTORY**

On October 14, 2010, the parties participated in a further settlement conference before Magistrate Chen. At the conclusion of the settlement conference, the parties agreed to meet and confer, in an effort to resolve certain issues that had been raised during the settlement discussions.

Following the settlement conference, counsel for the parties met, and reached a tentative settlement of the case. The parties are now in the process of drafting settlement documents including, but not limited to, those documents that must be filed with this Court, as well as distributed to the Class Members. The parties anticipate that it will take approximately eight weeks for the parties to reach agreement on the documents, and submit them to this Court for approval.

Therefore, the parties jointly request that the ~~Settlement~~ Case Management Conference set for November 18, 2010, be postponed for sixty days.

Dated: November 12, 2010

SHEA LAW OFFICES

s:/Mary Shea Hagebols
MARY SHEA HAGEBOLS
Attorney for Plaintiffs

Dated: November 12, 2010

DICKSON LEVY VINCK BURRELL HYAMS, LLP

By: s:/Sharon R. Vinick
SHARON R VINICK
Attorney for Plaintiffs

Dated: November 12, 20010

DENNIS J. HERRERA
City Attorney
ELIZABETH SALVESON
Chief Labor Attorney
JONATHAN ROLNICK
ROSE-ELLEN H. FAIRGRIEVE
Deputy City Attorneys

By: s:/Jonathan C. Rolnick
JONATHAN C. ROLNICK
Deputy City Attorney
Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

## CASE MANAGEMENT ORDER

The foregoing joint statement is adopted by this Court as the Case Management Order in this action in accordance with Civil Local Rule 16-9 and other applicable Local Rules, and shall govern all further proceedings in this action.

**IT IS SO ORDERED.**

Dated: 11/16/10

THE CASE MANAGEMENT CONFERENCE IS CONTINUED TO 1/20/11 AT 2:00 P.M.



HON. PHYLLIS J. HAMILTON
United States District Judge

IT IS SO ORDERED
Judge Phyllis J. Hamilton