MARY SHEA HAGEBOLS, State Bar No. 113222
SHEA LAW OFFICES
800 Franklin Street, Suite 800
Oakland, CA 94612
Telephone:  (510) 208-4422
Facsimile: (415) 520-9407
Email: SheaLaw@aol.com

LESLIE F. LEVY, State Bar No. 104634
SHARON R. VINICK, State Bar No.  129914
EMILY NUGENT, State Bar. No. 255048
DICKSON LEVY, LLP
180 Grand Avenue, Suite 1300
Oakland, CA 94612
Telephone:  (510) 318-7700
Facsimile:  (510) 318-7701
Email:  leslie@dicksonlevy.com

Attorneys for Plaintiffs

DENNIS J. HERRERA, State Bar No. 139669
City Attorney
ELIZABETH SALVESON, State Bar No. 83788
Chief Labor Attorney
JONATHAN ROLNICK, State Bar No. 151814
Deputy City Attorney
Fox Plaza
1390 Market Street, 5th Floor
San Francisco, California 94102-5408
Telephone:  (415) 554-3845
Facsimile:  (415) 554-4248

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES WILSON, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>Defendant. | Case No.: 3:07-cv-01016 PJH<br><br>**JOINT STATUS REPORT REGARDING FINALIZATION OF SETTLEMENT AND MOTION FOR PRELIMINARY APPROVAL**<br><br>Place:  Courtroom 3, 3rd Floor, Oakland, California<br><br>Judge:  Hon. Phyllis J. Hamilton |

1

The parties to the above-entitled action jointly submit this status report.

## I.   STATUS OF SETTLEMENT NEGOTIATIONS

The Parties reached a tentative settlement and have been in the process of preparing a settlement agreement commemorating the terms of the settlement.  As this case is a collective action under the Fair Labor Standards Act (FLSA), 29 U.S.C. § 201, *et seq.*, the parties anticipate filing a stipulated motion for approval of the settlement.  The parties have motion papers ready to be filed.  However, the Parties are still addressing the terms of the settlement agreement and release.

The Parties have reached an *impasse* on certain terms and language of the proposed settlement agreement and have a phone conference scheduled with United States District Court Judge Edward Chen (formerly the settlement magistrate on the case) this Friday July 1, 2011 at 3:00 p.m. to help the Parties deal with the impasse.

## II.   SCHEDULE FOR APPROVING THE SETTLEMENT

In light of the forgoing, the parties request that they be permitted to file a schedule for approving the settlement or proceeding with litigation (if the impasse cannot be resolved,) no later than July 15, 2011.

DATED:  June 30, 2011

DENNIS J. HERRERA
City Attorney
JONATHAN ROLNICK,
Deputy City Attorney


By: _____/s/_____
        JONATHAN ROLNICK
        Attorneys for Defendant


DATED:  June 30, 2011

DICKSON LEVY VINICK BURRELL HYAMS, LLP


By: _____/s/_____
        LESLIE F. LEVY
        Attorneys for Plaintiffs

JOINT STATUS REPORT REGARDING FINALIZATION OF SETTLEMENT AND MOTION FOR
PRELIMINARY APPROVAL

1

**IT IS SO ORDERED:**

2

     That the status conference is hereby vacated.  On or before <u>July 15, 2011</u>       ,

3

the parties shall either submit a stipulated motion for approval of the settlement or advise the

4

Court regarding the status of the settlement.

5

6

Dated: <u> 7/5/11        </u>

7

8

9

JU[DGE]

United

10



11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3