MARY SHEA HAGEBOLS, State Bar No. 113222
SHEA LAW OFFICES
800 Franklin Street, Suite 800
Oakland, CA 94612
Telephone: (510) 208-4422
Facsimile: (415) 520-9407
Email: SheaLaw@aol.com

LESLIE F. LEVY, State Bar No. 104634
SHARON R. VINICK, State Bar No. 129914
EMILY NUGENT, State Bar. No. 255048
DICKSON LEVY, LLP
180 Grand Avenue, Suite 1300
Oakland, CA 94612
Telephone: (510) 318-7700
Facsimile: (510) 318-7701
Email: sharon@dicksonlevy.com

Attorneys for Plaintiffs

DENNIS J. HERRERA, State Bar No. 139669
City Attorney
ELIZABETH SALVESON, State Bar No. 83788
Chief Labor Attorney
JONATHAN ROLNICK, State Bar No. 151814
Deputy City Attorney
1390 Market Street, 5th Floor
San Francisco, California 94102-5408
Telephone: (415) 554-3845
Facsimile: (415) 554-4248

Attorneys for Defendant
City and County of San Francisco

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES WILSON, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>Defendant. | Case No.: 3:07-cv-01016 PJH<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER AMENDING ORDER OF SEPTEMBER 7, 2011 REGARDING NOTICE AND DISSEMINATION OF NOTICE TO CLASS MEMBERS** |

1

Plaintiffs JAMES WILSON and other similarly situated persons, through their attorneys, and Defendant CITY AND COUNTY OF SAN FRANCISCO, through its attorney, hereby submit the Parties' Joint Stipulation and Proposed Order Amending Order of September 7, 2011 Regarding Notice and Dissemination of Notice to Class Members:

1. On September 7, 2011, the Court preliminarily approved a settlement in the above-referenced case. Pursuant to that approval, Simpluris sent notices to all class members, informing them of the terms of the settlement, as well as the procedures for participating in the settlement. Furthermore, under that approval, all claims must be submitted by January 17, 2012.

2. To date, approximately 66% of the class members have submitted claim forms. However, under the proposed settlement, the Defendant City and County of San Francisco have the right to withdraw from the settlement if all of the class members do not choose to participate, although that right may also be waived by Defendant.

3. In an effort to increase participation in the settlement, counsel for the plaintiffs would like to contact the class members who have not responded to the notice by sending additional written notices and/or making phone calls to the number that they provided to class counsel.

4. Counsel for Defendant City and County of San Francisco have no objection to counsel for plaintiffs contacting the class members.

///
///
///
///

2

| | | |
|---|---|---|
| DATED: December 15, 2011 | DENNIS J. HERRERA<br>City Attorney<br>ELIZABETH SALVESON<br>Chief Labor Attorney<br>JONATHAN ROLNICK,<br>Deputy City Attorney | |

By: /S/_____
JONATHAN ROLNICK
Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

DATED: December 15, 2011    DICKSON LEVY VINICK BURRELL HYAMS LLP

By: /S/_____
LESLIE F. LEVY
SHARON VINICK

DATED: December 15, 2011    SHEA LAW OFFICES

By: /S/_____
MARY SHEA HAGEBOLS
Attorneys for Plaintiffs
JAMES WILSON, ET AL.

IT IS SO ORDERED:

Date: 12/21/11

_____
PHYLLIS J. HAMILTON
UNITED STATES DISTRICT COURT JUDGE

*IT IS SO ORDERED — Judge Phyllis J. Hamilton (signature stamp)*

3

JOINT STIPULATION AND [PROPOSED] ORDER AMENDING ORDER OF SEPTEMBER 7, 2011
REGARDING NOTICE AND DISSEMINATION OF NOTICE TO CLASS MEMBERS