MARY SHEA HAGEBOLS, ESQ., State Bar No. 113222
SHEA LAW OFFICES
800 Franklin Street, Suite 800
Oakland, CA 94612
Telephone: (510) 208-4422
Facsimile: (415) 520-9407
Email: SheaLaw@aol.com

LESLIE F. LEVY, ESQ., State Bar No. 104634
SHARON R. VINICK, ESQ., State Bar No. 129914
DICKSON LEVY, LLP
180 Grand Avenue, Suite 1300
Oakland, CA 94612
Telephone: (510) 318-7700
Facsimile: (510) 318-7701
Email: sharon@dicksonlevy.com
Attorneys for Plaintiffs

DENNIS J. HERRERA, State Bar No. 139669
City Attorney
ELIZABETH SALVESON, State Bar No. 83788
Chief Labor Attorney
JONATHAN ROLNICK, State Bar No. 151814
Deputy City Attorney
1390 Market Street, 5th Floor
San Francisco, California 94102-5408
Telephone: (415) 554-3845
Facsimile: (415) 554-4248
Attorneys for Defendant
City and County of San Francisco

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES WILSON, and other similarly situated persons,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>Defendant. | Case No.: 3:07-cv-01016 PJH<br><br>[~~PROPOSED~~] ORDER TO SHOW CAUSE RE: DISMISSAL OF CLAIMS BY PLAINTIFFS WHO FAIL TO SUBMIT SIGNED CLAIM FORMS OR APPEAR AT FURTHER SETTLEMENT CONFERENCE<br><br>Date: February 28, 2012<br>Time: 3:30 PM<br>Dept.: F, 15th Floor<br>Judge: Hon. Phyllis J. Hamilton |

A Settlement Conference was held in this matter on February 1, 2012, before the Honorable Magistrate Judge Jacqueline Scott Corley. All plaintiffs who had not submitted a signed release form had previously been ordered to appear at the Settlement Conference by this Court's September 7, 2011 Order (1) Preliminarily Approving FLSA Collective Action Settlement; (2) Approving Notice to FLSA Collective Action Plaintiffs and Release Form; (3) Directing Dissemination of Notice to FLSA Collective Action Plaintiffs; and (4) Setting a Hearing for Final Approval of the Settlement. All plaintiffs were provided notice of the Settlement Conference and, in the event they did not submit a signed release form, of the requirement that they appear. However, with a single exception, all of the plaintiffs who did not submit a signed release form failed to appear at the Settlement Conference.

IT IS HEREBY ORDERED that any plaintiff who does not submit the enclosed release form signed by February 22, 2012, must appear at a Further Settlement Conference to be held before Magistrate Judge Jacqueline Scott Corley on February 28, 2012, at 3:30 pm in Courtroom F, on the 15th Floor of the United States District Court, located at 450 Golden Gate Avenue, San Francisco, California.

IT IS FURTHER ORDERED THAT ANY PLAINTIFF WHO FAILS TO SIGN AND SUBMIT THE ENCLOSED RELEASE FORM, OR FAILS TO APPEAR AT THE FURTHER SETTLEMENT CONFERENCE SCHEDULED FOR FEBRUARY 28, 2012, SHALL HAVE THEIR CLAIMS DISMISSED, WITHOUT PREJUDICE, AND SHALL NOT BE PERMITTED TO PARTICIPATE IN THE RECOVERY NEGOTIATED BY THE PARTIES IN THIS CASE.

IT IS FURTHER ORDERED that Simpluris mail a copy of this Order, as well as another release form, to each plaintiff who has not already submitted a signed release form.

**IT IS SO ORDERED.**

DATED: February 10, 2012



PHYLLIS J. HAMILTON
UNITED STATES DISTRICT COURT JUDGE

-1-

ORDER TO SHOW CAUSE RE: DISMISSAL OF CLAIMS BY PLAINTIFFS WHO FAIL TO SUBMIT CLAIM FORMS OR APPEAR AT FURTHER SETTLEMENT CONFERENCE
Case No.: 3:07-cv-01016 PJH