UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMES WILSON, et al.,

    Plaintiffs,

    v.

CITY AND COUNTY OF SAN FRANCISCO,

    Defendant.

No. C 07-1016 PJH

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND DISMISSING DEFENDANTS**

The court has reviewed Magistrate Judge's Report and Recommendation Re: Order to Show Cause. No objections have been filed. The court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly, the court hereby DISMISSES, without prejudice, the claims of all plaintiffs whose names appear in the Magistrate Judge's report and recommendation filed on February 29, 2012 (Docket No. 155), with the exception of Marvetia L. Richardson.

**IT IS SO ORDERED**.

Dated: March 5, 2012

_____
PHYLLIS J. HAMILTON
United States District Judge